In the Matter of the Petition of Milton Miller to Prove the Last Will and Testament of Edward H. Miller, Late of the County of Kings, Deceased. Sylvia Smith, Appellant; Claire Paster Miller, Respondent.— Order of the Surrogate's Court of Kings county dated May 18, 1937, vacating its prior order, dated March

26, 1936, which permitted Sylvia Smith to withdraw her waiver of citation and consent to probate, and further ordering that objections to probate previously filed by Sylvia Smith be struck out, affirmed, with ten dollars costs and disbursements, payable out of the estate. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur. [162 Misc. 563.]